IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RA KARRIE WYNN.,

    Plaintiff,

v.

WARDEN, SOUTHERN CORRECTIONAL FACILITY, *et al.*,

    Defendants.

Case No. 2:18-cv-619

JUDGE ALGENON L. MARBLEY

Magistrate Judge Chelsea Vascura

## ORDER

This matter comes before the Court on the Magistrate Judge's July 6, 2018 Report and Recommendation (ECF No. 5), which recommended that the Court dismiss this action pursuant to § 1915(e)(2) for failure to state a claim on which relief may be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 5 at 9). The parties have failed to file any objections, and the deadline for objections (July 20, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. This case is hereby **DISMISSED** pursuant to § 1915(e)(2).

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED: July 23, 2018**